

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2021

No. 04-20-00399-CV

**CIRRUS DESIGN CORPORATION,**
Appellant

v.

Sydney **BERRA,** Individually and as Personal Representative of the Estate of Lee Berra, and on behalf of his surviving parents, Philip Berra and Ellen Berra,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01530
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellant's motion for extension of time to file its reply brief is GRANTED. Appellant's reply brief is due on or before **February 17, 2021**.

It is so **ORDERED** on this 28th day of January, 2021.

PER CURAIM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court